FILED: August 14, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7156
(3:03-cr-00014-RLV-CH-1)
(3:12-cv-00235-RLV)
(3:09-cv-00056-RLV)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

KEMUEL CORNELIUS MINGO

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to suspend briefing pending a final decision in <u>Valdovinos v. United States</u>, Case No. 13-4768, including any decision following the filing of a petition for writ of certiorari, the court grants the motion.

For the Court

/s/ Patricia S. Connor, Clerk